**U.S. Department of Justice**

Civil Division, Torts Branch
Environmental Torts

September 16, 2026

Dina Stockwell
United States District Court for the District of South Carolina
901 Richland Street
Columbia, S.C. 29201

**Re:** ***Appointment of Andrew James Fowler to practice as a government attorney before the United States District Court for the District of South Carolina***

Dear Ms. Stockwell:

This letter is written on behalf of **Andrew James Fowler**, who has been appointed as an attorney to represent the Federal Government, including in matters before the United States District Court for the District of South Carolina.

As an attorney for the Federal Government, employed full-time by the Department of Justice and assigned to the Torts Branch of the Civil Division, Mr. Fowler is hereby authorized and directed to conduct in the District of South Carolina, and any other judicial district, any kind of legal proceedings, including proceedings before United States Magistrate Judges, which United States Attorneys are authorized to conduct. *See* 28 U.S.C. §§ 515, 530C(c)(1). This appointment shall extend to all proceedings in *Wilson v. United States*, 4:26-cv-03807 (D.S.C.).

Best Regards,

LACRESHA JOHNSON
Digitally signed by LACRESHA JOHNSON
Date: 2026.09.16 14:19:30 -04'00'

LaCresha A. Johnson
Assistant Director
United States Department of Justice
Civil Division, Torts Branch
1100 L St. NW
Washington, D.C. 20005